IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EMJ CORPORATION
and WESTCHESTER FIRE
INSURANCE COMPANY     PLAINTIFFS

v.     CAUSE NO. 2:11-CV-00228-GHD-JMV

HUDSON SPECIALTY INSURANCE
COMPANY and AMERISURE
MUTUAL INSURANCE COMPANY     DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL, WITH PREJUDICE, OF THE DEFENDANT AMERISURE MUTUAL INSURANCE COMPANY

THERE CAME ON this day, the motion for the entry of a final judgment dismissing Defendant, Amerisure Mutual Insurance Company, with prejudice [25], but reserving the Plaintiffs' claims against the Defendant Hudson Specialty Insurance Company, and the Court having reviewed said motion, which has been approved on behalf of the Plaintiffs and the Defendant, Amerisure Mutual Insurance Company, and being advised in the premises, finds the motion well taken and should be sustained; and further finds that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason to delay the entry of a final judgment as to the Defendant, Amerisure Mutual Insurance Company.

IT IS, THEREFORE, ORDERED that, pursuant to Rule 54(b), the Court directs the entry of a final judgment dismissing the Defendant, Amerisure Mutual Insurance Company, with prejudice, with each party bearing their own costs.

SO ORDERED this the 21 day of May, 2012.

                                                SENIOR JUDGE

APPROVED AS TO FORM:


s/Mark D. Jicka
MARK D. JICKA (MSB # 8969)
mjicka@watkinseager.com
JOHN B. HOWELL (MSB # 102655)
jhowell@watkinseager.com
Watkins & Eager, PLLC
P. O. Box 650
Jackson, MS 39205
Telephone: (601) 956-1900
Facsimile: (601) 965-1901

ATTORNEYS FOR PLAINTIFFS
EMJ CORPORATION AND
WESTCHESTER FIRE INSURANCE
COMPANY



s/Louis G. Baine, III
LOUIS G. BAINE, III (MSB# 1705)
lbaine3@pagekruger.com
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Mississippi 39215-1163
Telephone: (601) 420-0333
Facsimile: (601) 420-0033

ATTORNEY FOR DEFENDANT
AMERISURE MUTUAL INSURANCE
COMPANY