**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| EMJ CORPORATION<br>AND WESTCHESTER FIRE<br>INSURANCE COMPANY | **PLAINTIFFS** |
| VS | **CAUSE NO. 2:11-cv-228-GHD-JMV** |
| HUDSON SPECIALTY<br>INSURANCE COMPANY and<br>AMERISURE MUTUAL<br>INSURANCE COMPANY | **DEFENDANTS** |

## ORDER AMENDING THE CASE MANAGEMENT ORDER

The court having granted the parties' Joint Motion to Continue Trial, the following deadlines-- agreed upon by the parties-- are established:

1. Discovery – All discovery must be completed by **Monday, June 2, 2014.**

2. Amendments – Motions for Joinder of Parties or amendments to the pleadings was previously set as December 3, 2012, and this deadline has passed.

3. Experts – The parties' experts must be designated by the following dates:

   a. Plaintiffs: **April 1, 2013**
   b. Defendant: **May 1, 2013**[1]

4. All dispositive motions and Daubert-type motions challenging another party's expert must be filed by **Wednesday, June 25, 2014**; however, by agreement of the parties, a joint stipulation of facts is anticipated and such stipulation may be filed by Friday, June 7, 2013, and, in conjunction with the agreement and filing of such stipulation, the parties agree to file cross-dispositive motions by Friday, June 28, 2013.

5. Motions In Limine – Fourteen (14) days before the pretrial conference; and

6. Responses – Seven (7) days before the pretrial conference.

---

[1] On February 20, 2013, the expert designations were extended by record entry.

SO ORDERED, this 24th day of May, 2013.

/s/ Jane M. Virden<br>UNITED STATES MAGISTRATE JUDGE

APPROVED:


*s/Mark D. Jicka*
Mark D. Jicka, Esq.
John B. Howell, Esq.
Robert M. Kallam, Esq.

Attorneys for EMJ Corporation and Westchester Fire
Insurance Company


*s/Louis G. Baine, III*
Louis G. Baine, III, Esq.
T.L. Smith Boykin III, Esq.

Attorneys for Hudson Specialty Insurance Company