IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EMJ CORPORATION                                                                       PLAINTIFFS
AND WESTCHESTER FIRE
INSURANCE COMPANY

VS                                                                 CAUSE NO. 2:11-cv-228-GHD-JMV

HUDSON SPECIALTY
INSURANCE COMPANY and
AMERISURE MUTUAL
INSURANCE COMPANY                                                                    DEFENDANTS

## ORDER AMENDING THE CASE MANAGEMENT ORDER

The court having granted the parties' Joint Motion to Continue Trial, the following deadlines-- agreed upon by the parties-- are established:

1. Discovery – All discovery must be completed by **Monday, June 2, 2014.**

2. Amendments – Motions for Joinder of Parties or amendments to the pleadings was previously set as December 3, 2012, and this deadline has passed.

3. Experts – The parties' experts must be designated by the following dates:

    a. Plaintiffs:      **April 1, 2013**
    b. Defendant:   **May 1, 2013**[1]

4. All dispositive motions and Daubert-type motions challenging another party's expert must be filed by **Wednesday, June 25, 2014**; however, by agreement of the parties, a joint stipulation of facts is anticipated and such stipulation may be filed by Friday, June 7, 2013, and, in conjunction with the agreement and filing of such stipulation, the parties agree to file cross-dispositive motions by Friday, June 28, 2013.

5. Motions In Limine – Fourteen (14) days before the pretrial conference; and

6. Responses – Seven (7) days before the pretrial conference.

---

[1] On February 20, 2013, the expert designations were extended by record entry.

SO ORDERED, this 24th day of May, 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

APPROVED:

*s/Mark D. Jicka*
Mark D. Jicka, Esq.
John B. Howell, Esq.
Robert M. Kallam, Esq.

Attorneys for EMJ Corporation and Westchester Fire Insurance Company

*s/Louis G. Baine, III*
Louis G. Baine, III, Esq.
T.L. Smith Boykin III, Esq.

Attorneys for Hudson Specialty Insurance Company