IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EMJ CORPORATION and
WESTCHESTER FIRE INSURANCE COMPANY                              PLAINTIFFS

v.                                        CIVIL ACTION NO. 2:11-cv-00228-GHD-JMV

HUDSON SPECIALTY INSURANCE COMPANY                              DEFENDANT

ORDER AND FINAL JUDGMENT

Pursuant to the Court's opinion issued this day, a jury verdict returned on September 26, 2014, and certain prior rulings by the Court on questions of law, it is hereby ORDERED AND ADJUDGED that

1) Defendant Hudson Specialty Insurance Company's motion for judgment notwithstanding the verdict or alternatively for new trial [168] is GRANTED IN PART AND DENIED IN PART;

2) Plaintiffs EMJ Corporation and Westchester Fire Insurance Company's motion for further relief [165] is DENIED in its entirety;

3) Judgment is entered in favor of Plaintiffs EMJ Corporation and Westchester Fire Insurance Company against Defendant Hudson Specialty Insurance Company in the amount of $666,666.67 plus post-judgment interest at the rate of 0.25%;

4) The costs in this proceeding are assessed to Defendant Hudson Specialty Insurance Company, as provided by law, in the amount of $6,424.45, as detailed in the uncontested Bill of Costs [167] filed by Plaintiffs EMJ Corporation and Westchester Fire Insurance Company; and

5) The Superseding Judgment [153][1] dated October 1, 2014, heretofore entered in this cause is altered, amended, and superseded to conform herewith.

It is SO ORDERED AND ADJUDGED, this, the 11 day of March, 2015.

                                                                     SENIOR U.S. DISTRICT JUDGE

---

[1] On September 26, 2014, the Court entered Judgment in a Civil Action [150] beginning with the following language: "Pursuant to a jury verdict returned this date in favor of the Plaintiffs EMJ Corporation and Westchester Fire Insurance Company, judgment is entered . . . ." On October 1, 2014, the Court entered Superseding Judgment in a Civil Action [153], which altered the original Judgment [150] only by adding the phrase "[pursuant to . . . ] certain prior rulings by the Court on questions of law."